# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK | Purchased/Filed: April 2, 2021<br>Index # 1:20-cv-04671-PKC-RML |

*Carlos Marine, Individually and On Behalf of Others Situated*     Plaintiff

against

*Quisqueya Restaurant I, Inc d/b/a Quisqueya Restaurant., et al*     Defendant

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ April 5, 2021 _____, at _____ 11:00 AM _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Amended Summons in a Civil Action, First Amended Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law on

_____ Vieja Quisqueya Restaurant Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__ Approx. Wt: __130lbs__ Approx. Ht: __5'3"__
Color of skin: __White__ Hair color: __Black__ Sex: __Female__ Other: _____

Sworn to before me on this
__5th__ day of April 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1856853

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*