UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

CARLOS MARINE, INDIVIDUALLY AND ON BEHALF OF OTHERS
SIMILARLY SITUATED

Index #: 1:20-CV-04671PKC-RML

                                                         Plaintiff(s)

                    -against-

Date Filed:

VIEJA QUISQUEYA RESTAURANT CORP. ETAL

**AFFIDAVIT OF SERVICE**

                                                         Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on April 24, 2021 at 04:20 PM at

C/O QUISQUEYA RESTAURANT
97-01 ROOSEVELT AVENUE
CORONA, NY 11368

deponent served the within true copy/copies of the AMENDED SUMMONS IN A CIVIL ACTION AND
FIRST AMENDED COMPLAINT on MARIA GRIMALDI RAMOS, the defendant/respondent therein named,

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to MS. ROSA a person of suitable age and discretion. Said premises is
the  defendant's/respondent's actual place of business within the state. She identified herself as being AUTHORIZED to
accept for the  defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | COVERED BY HAT | 37 | 5'3 | 130 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at
the  defendant's/respondent's actual place of business at

C/O QUISQUEYA RESTAURANT
97-01 ROOSEVELT AVENUE
CORONA, NY 11368

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on April 26, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the
communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United
States and received a negative reply. Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  April 26, 2021

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
299 Broadway
New York NY  10007

**DENISE LEWIS**
License #: 2006009
Docket #:      *1184487*

Sworn to me on April 29, 2021

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | [illegible] | [illegible] | [illegible] | 130 |