UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARINE, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>VIEJA QUISQUEYA RESTAURANT CORP. (D/B/A QUISQUEYA RESTAURANT), JOSE DANIEL GOMEZ , EDUARDO GOMEZ , MARIA GRIMALDI RAMOS , and RAFAEL DOE,<br><br>*Defendants.* | Case No. **20-cv-4671(PKC)(RML)**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Jose Daniel Gomez has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Jose Daniel Gomez is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       September 3, 2021

                                                **DOUGLAS C. PALMER**
                                                  Clerk of the Court

                                      By: _____*Jalitza Poveda*_____
                                                   Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARINE, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>VIEJA QUISQUEYA RESTAURANT CORP. (D/B/A QUISQUEYA RESTAURANT), JOSE DANIEL GOMEZ , EDUARDO GOMEZ , MARIA GRIMALDI RAMOS , and RAFAEL DOE,<br><br>*Defendants.* | Case No. **20-cv-4671**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Eduardo Gomez has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Eduardo Gomez is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      September 3, 2021

                                              **DOUGLAS C. PALMER**
                                              Clerk of the Court

                                  By: _____*Jalitza Poveda*_____
                                                  Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARINE, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff*,<br><br>-against-<br><br>VIEJA QUISQUEYA RESTAURANT CORP. (D/B/A QUISQUEYA RESTAURANT), JOSE DANIEL GOMEZ , EDUARDO GOMEZ , MARIA GRIMALDI RAMOS , and RAFAEL DOE,<br><br>*Defendants*. | Case No. **20-cv-4671**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Maria Grimaldi Ramos has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Maria Grimaldi Ramos is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      September 3, 2021

                                            **DOUGLAS C. PALMER**
                                              Clerk of the Court

                                 By: *Jalitza Poveda*
                                              Deputy Clerk

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOS MARINE, *individually and on behalf of others similarly situated,*<br><br>        *Plaintiff,*<br><br>-against-<br><br>VIEJA QUISQUEYA RESTAURANT CORP. (D/B/A QUISQUEYA RESTAURANT), JOSE DANIEL GOMEZ , EDUARDO GOMEZ , MARIA GRIMALDI RAMOS , and RAFAEL DOE,<br><br>        *Defendants.* | Case No. **20-cv-4671**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Vieja Quisqueya Restaurant Corp. (d/b/a Quisqueya Restaurant) has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Vieja Quisqueya Restaurant Corp. (d/b/a Quisqueya Restaurant) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       September 3, 2021

                                                    **DOUGLAS C. PALMER**
                                                        Clerk of the Court

                                            By:   */s/ Jalitza Poveda*
                                                         Deputy Clerk