UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARLOS MARINE,

                Plaintiff,

v.

VIEJA QUISQUEYA RESTAURANT CORP.
(D/B/A QUISQUEYA RESTAURANT),
JOSE DANIEL GOMEZ, EDUARDO GOMEZ,
MARIA GRIMALDI RAMOS, and RAFAEL DOE,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
20 CV 4671 (PKC)(RML)

      An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 23, 2022, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated September 8, 2022, granting Plaintiff's Motion for Default Judgment in its entirety; granting Plaintiff default judgment on all his claims; awarding the following damages: $24,772.50 in unpaid wages, $2,054.00 in spread of hours damages, $26,826.50 in liquidated damages, $700 in tools of the trade reimbursement, and $10,000 in statutory damages; awarding Plaintiff pre-judgment interest on the $24.772.50 award for unpaid wages, from April 7, 2017 to the date of this court's judgment at a per diem interest rate of $6.11; awarding Plaintiff post-judgment interest on the entire amount of $64,353.00 from the date the Clerk of Court enters judgment in this action until the date of payment, at the rate set forth in 28 U.S.C. § 1961(a); and awarding Plaintiff's counsel $5,035.00 in attorney's fees and $579 in costs; and the Clerk of Court having calculated the additional interest at the rate set forth above, and the interest being $12,213.89; it is

      ORDERED and ADJUDGED that Plaintiff's Motion for Default Judgment is granted in its entirety; and that Plaintiff is awarded a total amount of $69,967 (attorneys fees and costs included), plus post-judgment interest on the entire amount of $64,353.00 from the date the Clerk

of Court enters judgment in this action until the date of payment, at the rate set forth in 28 U.S.C. § 1961(a).

| | |
|---|---|
| Dated: Brooklyn, New York<br>September 27, 2022 | Brenna B. Mahoney<br>Clerk of Court |
| | By:    /s/Jalitza Poveda<br>          Deputy Clerk |